```
 1  HANSON BRIDGETT LLP
    RAYMOND F. LYNCH, SBN 119065
 2  rlynch@hansonbridgett.com
    GILBERT J. TSAI, SBN 247305
 3  gtsai@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:  (415) 777-3200
 5  Facsimile:  (415) 541-9366

 6  GRIFFITH JACOBSON, LLC
    JAMES E. MAHONEY (admitted pro hac
 7  vice)
    jem@gjlaw.com
 8  55 West Monroe Street, Suite 3550
    Chicago, IL 60603
 9  Telephone:  (312) 236-8110
    Facsimile:  (312) 236-6724
10
    Attorneys for Defendants COVENANT
11  AVIATION SECURITY, LLC; COVENANT
    AVIATION SECURITY CORPORATION
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FAYLIN PARKER-REBISZ, | CASE NO. 3:14-cv-04106-TEH |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| COVENANT AVIATION SECURITY, LLC; COVENANT AVIATION SECURITY CORPORATION; and DOES 1-20, inclusive, | Judge: Hon. Thelton E. Henderson<br>Date: January 5, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 12, 19th Floor |
| Defendants. | |

Pursuant to Northern District Local Rule 16-10(a) and the Civil Standing Order of the Honorable Thelton E. Henderson, Defendants COVENANT AVIATION SECURITY, LLC; COVENANT AVIATION SECURITY CORPORATION (collectively, "Defendants") hereby request that its lead counsel, James E. Mahoney (admitted pro hac vice), be permitted to appear by telephone at the January 5, 2015 Case Management Conference

("CMC"), scheduled for 1:30 p.m. before Judge Henderson in Courtroom 12.

    Mr. Mahoney is located in Chicago, Illinois, and would prefer to telephonically appear at the CMC in the interest of preserving resources and time.

    Counsel for Plaintiff FAYLIN PARKER-REBISZ hereby stipulates to this request.

DATED: December 10, 2014        KLETTER LAW FIRM LLP

By: _____
CARY KLETTER
SALLY TRUNG NGUYEN
Attorneys for PLAINTIFF FAYLIN PARKER-REBISZ

DATED: December ___, 2014        HANSON BRIDGETT LLP

By: _____
RAYMOND F. LYNCH
GILBERT J. TSAI
Attorneys for Defendants COVENANT AVIATION SECURITY, LLC; COVENANT AVIATION SECURITY CORPORATION

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: December ___, 2014

_____
HON. THELTON E. HENDERSON
United States District Court Judge

1  ("CMC"), scheduled for 1:30 p.m. before Judge Henderson in Courtroom 12.
2      Mr. Mahoney is located in Chicago, Illinois, and would prefer to telephonically
3  appear at the CMC in the interest of preserving resources and time.
4      Counsel for Plaintiff FAYLIN PARKER-REBISZ hereby stipulates to this request.

6  DATED: December ___, 2014        KLETTER LAW FIRM

8                                                 By:_____
                                                  CARY KLETTER
9                                                    SALLY TRUNG NGUYEN
                                                  Attorneys for PLAINTIFF FAYLIN PARKER-
10                                                   REBISZ

12
13 DATED: December 12, 2014        HANSON BRIDGETT LLP

15                                                By:    /s/ Gilbert J. Tsai
                                                  RAYMOND F. LYNCH
16                                                   GILBERT J. TSAI
                                                  Attorneys for Defendants COVENANT
17                                                   AVIATION SECURITY, LLC; COVENANT
                                                  AVIATION SECURITY CORPORATION

19 **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

20
21 DATED: December ___, 2014

23                                                   HON. THELTON E. HENDERSON
24                                                   United States District Court Judge